

## NUMBERS
## 13-10-00536-CV
## 13-10-00537-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**LAWYERS TITLE INSURANCE CORPORATION,**                    **APPELLANT,**

**v.**

**JEFF SNYDER, AS EXECUTOR OF THE ESTATE OF
JAMES R. SNYDER, AND AS THE REPRESENTATIVE,
SHAREHOLDER AND DIRECTOR OF BEACH VIEW
ESTATES, INC., ON BEHALF OF BEACH VIEW
ESTATES, INC., AND THE ESTATE OF JAMES R.
SNYDER, JEFFREY C. FRAHM AND
KATHLEEN M. FRAHM,**                                        **APPELLEES.**

---

On appeal from the County Court at Law No. 3
of Nueces County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion Per Curiam**

Appellant, Lawyers Title Insurance Company, perfected appeals from judgments entered by the County Court at Law No. 3 of Nueces County, Texas, in cause number 02-62076-3. Appellant has filed an unopposed motion to dismiss the appeals on grounds that appellant no longer wishes to prosecute the appeals. Appellant requests that this Court dismiss the appeals.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeals, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeals are hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeals at appellant's request, no motion for rehearing will be entertained, and our mandates will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
6th day of October, 2011.